Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. 2:11-cv-01751-LKK-GGH |
| Plaintiff, | |
| vs. | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE; AND ORDER |
| KEVIN JOHN LUCAS, et al., | |
| Defendant. | |

    Plaintiff Joe Hand Promotions, Inc. hereby applies *ex parte* for an order continuing the

Scheduling Conference in this action, presently set for Monday, September 12, 2011 at 2:00 P.M. to a

new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the

fact that Plaintiff's counsel has recently perfected service on defendant Kevin John Lucas a/k/a Kevin J.

Lucas, Sr.  on August 9, 2011.  A true and correct copy of the Proof of Service has been filed with this

Honorable Court as docket entry 5.

///
///
///
///
///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
SCHEDULING CONFERENCE; AND ORDER (Proposed)
CASE NO. 2:11-cv-01751-LKK-GGH
PAGE 1

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Scheduling Conference presently scheduled for Monday, September 12, 2011 to a new date approximately thirty (30) to forty-five (45) days forward.

Respectfully submitted,

Dated: August 26, 2011

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## ORDER

It is hereby ordered that the Scheduling Conference in civil action number 2:11-cv-01751-LKK-GGH styled *Joe Hand Promotions, Inc. v. Kevin John Lucas, et al.*, is hereby continued from Monday, September 12, 2011 at 2:00 P.M. to a new date of November 7, 2011 at 2:30 p.m.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.   The parties are directed to file status reports fourteen (14) days prior to the status conference.

**IT IS SO ORDERED**:

Dated:  August 31, 2011.
///
///
///
///
///
///
///
///
///
///
///
///

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

## PROOF OF SERVICE (SERVICE BY MAIL)

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
SCHEDULING CONFERENCE; AND ORDER (Proposed)
CASE NO. 2:11-cv-01751-LKK-GGH
PAGE 3

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 26, 2011, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Kevin John Lucas a/k/a Kevin J. Lucas, Sr. (Defendant)
1205 Plaza Avenue, Unit 12
Escalon, CA 95320

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on August 26, 2011, at South Pasadena, California.

Dated:  August 26, 2011                                */s/ Maria Baird*
                                                                    **MARIA BAIRD**