Thomas P. Riley, SBN 66599
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN JOHN LUCAS, et al.,<br><br>Defendants. | CASE NO. 2:11-cv-01751-LKK-GGH<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS KEVIN JOHN LUCAS, individually and d/b/a SHORTY'S SPORTS PUB & GRILL |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants KEVIN JOHN LUCAS, individually and d/b/a SHORTY'S SPORTS PUB & GRILL that the above-entitled action is hereby dismissed **without prejudice** against KEVIN JOHN LUCAS, individually and d/b/a SHORTY'S SPORTS PUB & GRILL

///
///
///
///
///
///
///
///

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by June 24, 2012, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: November 14, 2011        /s/ Thomas P. Riley
          **LAW OFFICES OF THOMAS P. RILEY, P.C.**
          By:  Thomas P. Riley
          Attorneys for Plaintiff
          JOE HAND PROMOTIONS, INC.

Dated:  November 21, 2011        /s/Jakrun Sodhi
          **ARATA, SWINGLE, SODHI, VAN EGMOND**
          By: Mr. Jakrun Sodhi, Esquire
          Attorneys for Defendant KEVIN JOHN LUCAS,
          individually and d/b/a SHORTY'S SPORTS PUB &
          GRILL

**IT IS SO ORDERED**:

Dated:  November 28, 2011

                                                      LAWRENCE K. KARLTON
                                                      SENIOR JUDGE
                                                      UNITED STATES DISTRICT COURT

///

///

///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 14, 2011, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS KEVIN JOHN LUCAS, individually and d/b/a SHORTY'S SPORTS PUB & GRILL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Jakrun S. Sodhi, Esquire (Attorneys for Defendant)
**ARATA, SWINGLE SODHI & VAN EGMOND**
912 11th Street, First Floor
Modesto, CA 95353

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 14, 2011, at South Pasadena, California.

Dated: November 14, 2011                          _____
                                                   MARIA BAIRD